1188

No. 99–869. U S WEST COMMUNICATIONS, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 99–874. NGUYEN *v.* INOVA ALEXANDRIA HOSPITAL. C. A. 4th Cir. Certiorari denied.

No. 99–967. MACLEOD *v.* GEORGETOWN UNIVERSITY MEDICAL CENTER ET AL. Ct. App. D. C. Certiorari denied.

No. 99–995. SMS SYSTEMS MAINTENANCE SERVICES, INC. *v.* DIGITAL EQUIPMENT CORP. C. A. 1st Cir. Certiorari denied.

No. 99–1037. ANATIAN *v.* COUTTS BANK (SWITZERLAND) LTD., FKA COUTTS & CO. AG. C. A. 2d Cir. Certiorari denied.

No. 99–1065. SUTTON *v.* BELLSOUTH TELECOMMUNICATIONS, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–1066. JOHNNY BLASTOFF, INC. *v.* LOS ANGELES RAMS FOOTBALL CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–1067. INTERCONTINENTAL BULKTANK CORP. ET AL. *v.* SELICO. Ct. App. La., 4th Cir. Certiorari denied.

No. 99–1073. DENT *v.* CONSOLIDATED RAIL CORPORATION. C. A. 6th Cir. Certiorari denied.

No. 99–1079. PATEL *v.* OMH MEDICAL CENTER, INC., ET AL.; and
No. 99–1101. PATEL *v.* OMH MEDICAL CENTER, INC., ET AL. Sup. Ct. Okla. Certiorari denied. Reported below: 987 P. 2d 1185.

No. 99–1082. CROFTS, INDIVIDUALLY AND AS STATUTORY BENEFICIARY OF AND PERSONAL REPRESENTATIVE OF THE ESTATE OF CROFTS, DECEASED *v.* DALLAS COUNTY HOSPITAL DISTRICT, DBA PARKLAND MEMORIAL HOSPITAL. C. A. 5th Cir. Certiorari denied.